# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

MEGAN DELEON,

    Plaintiff,

v.                                             Case No. 8:20-cv-2415-SCB-SPF

KILOLO KIJAKAZI,
Acting Commissioner of Social
Security,

    Defendant.
_____/

## **O R D E R**

    **THIS CAUSE** comes before the Court for consideration of Plaintiff's complaint seeking review of the decision of the Commissioner of the Social Security Administration (Doc. No. 1). This complaint was considered by the United States Magistrate Judge, pursuant to a specific order of referral. Magistrate Judge Flynn has filed his report recommending that the Commissioner's decision be reversed and remanded for further proceedings. (Doc. No. 21). All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections with fourteen days. No such objections were filed. Upon consideration of the Report and Recommendation, and

upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted.

**ACCORDINGLY**, it is now **ORDERED AND ADJUDGED** that

(1) The Magistrate Judge's Report and Recommendation (Doc. No. 21) is adopted and incorporated by reference in this Order of the Court;

(2) The decision of the Commissioner of the United States Social Security Administration is **REVERSED AND REMANDED**; and

(3) The Clerk is directed to enter judgment in favor of Plaintiff, to terminate all pending motions, and to close the case.

**DONE AND ORDERED** at Tampa, Florida, this 14th day of February, 2022.

SUSAN C. BUCKLEW
United States District Judge