UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MEGAN DELEON,

    Plaintiff,

v.                                              Case No. 8:20-cv-2415-SCB-SPF

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## **O R D E R**

This cause comes before the Court for consideration of Plaintiff's Consent Motion and Petition for Attorney's Fees Under Equal Access to Justice Act, 28 U.S.C. § 2412. (Doc. 25). This Consent Motion and Petition were considered by the United States Magistrate Judge, pursuant to a specific order of referral. Magistrate Judge Flynn has filed his report recommending that they be granted and that attorney's fees be awarded to Plaintiff in the amount of $6,573.55. (Doc. 26). Defendant does not object. Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted.

**ACCORDINGLY**, it is now **ORDERED AND ADJUDGED** that:

(1) The Magistrate Judge's Report and Recommendation (Doc. 26) is adopted and incorporated by reference in this Order of the Court;

(2) Plaintiff's Consent Motion and Petition for Attorney's Fees Under Equal Access to Justice Act, 28 U.S.C. § 2412. (Doc. 25) is **GRANTED**; and

(3) The Clerk is directed to enter judgment in favor of Plaintiff in the amount of $6,573.55 for attorney's fees.

**DONE AND ORDERED** at Tampa, Florida, this 1st day of March, 2022.

_____
SUSAN C. BUCKLEW
United States District Judge

**Copies to:**
The Honorable Sean P. Flynn
Counsel of Record